**Francine REED, Appellant,**

v.

**DOLLAR MART STORES, INC.
and Division of Employment
Security, Respondent.**

No. WD 76948.

Missouri Court of Appeals,
Western District.

June 24, 2014.

Francine Reed, Appellant, Pro Se, Kansas City, MO, for appellant.

Larry R. Ruhmann, Jefferson City, MO, for Division of Employment Security;

Robert B. Zeldin, Kansas City, MO, for Dollar Mart Stores, Inc., for respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, Presiding, VICTOR C. HOWARD and LISA WHITE HARDWICK, Judges.

**ORDER**

PER CURIAM.

Francine Reed appeals the Labor and Industrial Relations Commission's order denying her unemployment compensation benefits. She contends that there was substantial evidence as to why she did not file her appeal in a timely manner and substantial evidence that she had good cause for voluntarily leaving her employment with Dollar Mart Stores, Inc. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the Commission's order.

AFFIRMED. Rule 84.16(b).